IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CODY RYAN KIZZIAH, | ) | |
| | ) | |
| Movant/Defendant, | ) | |
| | ) | |
| v. | ) | 7:13-cv-8042-VEH-JEO |
| | ) | (7:12-cr-0021-VEH-JEO) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58, for the reasons stated in the Memorandum Opinion entered herewith, Defendant Cody Ryan Kizziah's *pro se* motion to vacate his federal sentence under 28 U.S.C. § 2255 is hereby DENIED. This action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close the file.

DONE and ORDERED, this the 7th day of January, 2014.

**VIRGINIA EMERSON HOPKINS**
United States District Judge