# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CODY RYAN KIZZIAH, | ) |
| | ) |
| Movant/Defendant, | ) |
| | ) |
| v. | )   7:13-cv-8042-VEH-JEO |
| | )   (7:12-cr-0021-VEH-JEO) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent | ) |

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58, for the reasons stated in the Memorandum Opinion entered herewith, Defendant Cody Ryan Kizziah's *pro se* motion to vacate his federal sentence under 28 U.S.C. § 2255 is hereby DENIED. This action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to close the file.

DONE and ORDERED, this the 7th day of January, 2014.

*/s/ Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge